GOLDMAN v. ABD–EL–NOUR.

(Supreme Court, Appellate Term.   November 24, 1905.)

APPEAL—STAY OF PROCEEDINGS.

On appeal by plaintiff from an order staying execution on a final judgment, where defendant has also appealed from an order refusing to vacate the judgment, the judgment itself may be so far considered as to justify the stay, although there has been no direct appeal therefrom.

Appeal from City Court of New York.

Action by Harry Goldman against John Abd-el-Nour.   From an order granting a stay of execution after final judgment, plaintiff appeals. Affirmed.

Argued before SCOTT, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Abraham D. Levy, for appellant.

Charles E. LeBarbier, for respondent.

PER CURIAM.   The plaintiff appeals from an order staying execution, and by another appeal by defendant at this term of the court from an order refusing to vacate the judgment that judgment may be affected; and although it does not appear that the final judgment has been directly appealed from, it may be so far considered as to justify the stay heretofore granted.

Order affirmed, with costs and disbursements.